CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JUL 3 1 2009

JOHN F. CORCORAN, CLERK
BY: /s/ , DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH EDWARD BARBOUR, | ) | Civil Action No. 7:09-cv-00324 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| LEGISLATION UPON VIRGINIA | ) | |
| DEPT. OF CORRECTIONS, | ) | By: Hon. James C. Turk |
| Defendant. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

ORDERED

that the plaintiff's complaint is **DISMISSED as frivolous**, pursuant to 28 U.S.C. § 1915A(b)(1), and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This _31st_ day of July, 2009.

/s/ James C. Turk
Senior United States District Judge

5